

# United States District Court
# Eastern District of California

| Pablo Marquez, p/k/a Pablo Stanley |
|---|
Plaintiff(s)

Case Number: 2:22-cv-00123-JAM-KJN

V.

| William Moynihan |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Slater hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Pablo Marquez

On 09/23/2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (see attached) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/20/2022          Signature of Applicant: /s/ James Slater

---

U.S. District Court – Pro Hac Vice Application                                                      Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James Slater |
| Law Firm Name: | Slater Legal |
| Address: | 333 S.E. 2nd Ave. |
| | #2000 |
| City: | Miami     State: FL     Zip: 33131 |
| Phone Number w/Area Code: | (305) 523-9023 |
| City and State of Residence: | Tallahassee, Florida |
| Primary E-mail Address: | james@slater.legal |
| Secondary E-mail Address: | eservice@slaterlegal.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ethan Jacobs |
| Law Firm Name: | Ethan Jacobs Law |
| Address: | 100 Pine Street |
| | Suite 1250 |
| City: | San Francisco     State: CA     Zip: 94111 |
| Phone Number w/Area Code: | (415) 275-0854 |
| Bar #: | 291838 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE